### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **STEPHEN BELL and JESSE PIPPEN,** <br> **Individually and on Behalf of All Others** <br> **Similarly Situated** | ) <br> ) <br> ) |
| | ) |
| **Plaintiff(s),** | ) **CIVIL ACTION** <br> ) **CASE NO.   2:19-cv-2697-JWB-TJJ** |
| | ) |
| **v.** | ) |
| | ) |
| **MILL-TEL, INC.,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

### JOINT MOTION TO APPROVE SETTLEMENT AND
### ATTORNEY'S FEES AND TO DISMISS WITH PREJUDICE

COME NOW Plaintiffs Stephen Bell and Jesse Pippen, and Defendant Mill-Tell, Inc., by and through their undersigned counsel, and for their Joint Motion to Approve Settlement and Attorney's Fees and to Dismiss with Prejudice, they do hereby state as follows:

1.      Plaintiffs asserted claims in this lawsuit against Defendant, for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., both individually and on behalf of a collective of cable service installation and repair technicians alleged to have been employed by Defendant at any time within the three years preceding their Complaint. *See* ECF No. 1. Plaintiffs asserted that Defendant misclassified them as independent contractors and failed to pay them an overtime premium for hours worked in excess of forty in each week. *Id.*

2.      Although Defendant has not yet answered the Complaint, Defendant has asserted that it denies the claims set forth in the Complaint and maintains that Plaintiffs were properly paid all compensation due.

1

3.      The Parties engaged in informal discovery as to Plaintiffs' time and pay records for purposes of possible settlement.

4.      The Parties identified a third individual, namely Alexander Glover, who the Parties agree is similarly situated to the Plaintiffs, and exchanged informal discovery as to his time and pay records. *See* ECF No. 34. A Consent to Join is being filed contemporaneously with this Motion formally confirming Mr. Glover's intent to take part in and be bound by these proceedings.

5.      Following extensive negotiations between counsel, the Parties entered into a Settlement and Release Agreement ("Settlement"), which, upon Court approval, resolves the litigation in full and requests dismissal with prejudice. A copy of the Settlement Agreement is attached hereto as Exhibit A.

6.      A bona fide dispute exists with regard to Plaintiffs' claims for unpaid overtime.

7.      The Parties believe the Settlement is fair, reasonable and adequate, including the award of attorneys' fees apportioned to Plaintiffs' Counsel, and they request an Order from this Court confirming the same, and dismissal of this action with prejudice.

WHEREFORE, for the reasons stated above, Plaintiffs and Defendants respectfully request that the Court approve the Settlement and attorneys' fees to be paid to Plaintiffs' Counsel, dismiss this case with prejudice, and for all other just and proper relief.

Respectfully submitted by,

**WILLIAMS DIRKS DAMERON LLC**

/s/ Eric L. Dirks
Eric L. Dirks, KS Bar No. 77996
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: 816-945-7110
Facsimile: 816-945-7118
Email: dirks@williamdirks.com

Josh Sanford *(Pro Hac Vice)*
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
Email:josh@sanfordlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Kathryn A. Wright*
Mitchell E. Wood (KS #24052)
Kathryn A. Wright (KS #27478)
HALBROOK WOOD, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
Telephone: (913) 529-1188
Facsimile: (913) 529-1199
E-mail: mwood@halbrookwoodlaw.com
E-mail: kwright@halbrookwoodlaw.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March 2021 a true and correct copy of the foregoing

was filed via the Court's electronic filing system which will send a notice to all counsel of record.

/s/ Eric L. Dirks
Eric L. Dirks

3