IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
TOPEKA DIVISION

**STEPHEN BELL and JESSE PIPPEN,**                                    **PLAINTIFFS**
Each Individually and On Behalf of
All Others Similarly Situated

vs.                             No. 2:19-cv-02697-JWB-TJJ

**MILL-TELL, INC.**                                                   **DEFENDANTS**

## ORDER

The parties' Motion to Approve Settlement and Attorney's Fees and to Dismiss with Prejudice [Doc. No. 44] is granted in part. Based on the motion and a review of the settlement agreement, the terms of the parties' proposed settlement appear fair and reasonable. Accordingly, the settlement agreement is approved. Further, Plaintiffs' fees and costs were negotiated separately, and there is no apparent conflict of interest. The parties are directed to comply with the terms of the agreement. Further, Counsel for Plaintiffs shall file a Notice of Dismissal, dismissing this Lawsuit with prejudice, within fourteen (14) days of receipt of payments per the Settlement Agreement.

IT IS SO ORDERED this 15th day of April 2021.

          ___s/ John W. Broomes_____
          **JOHN W. BROOMES**
          **UNITED STATES DISTRICT JUDGE**